IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL NO. G-99-10 (12) |
| | § | CIVIL ACTION NO. G-05-394 |
| LIONEL MOORE | § | |

**OPINION AND ORDER**

Before the Court is a Report and Recommendation from the United States Magistrate Judge dated February 6, 2006, which recommends that the "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence" of Lionel Moore be denied in its entirety; Moore filed written objections on March 9, 2006.

Upon *de novo* review, pursuant to 28 U.S.C. § 636(b)(1)(C), the Court finds that the Report and Recommendation of the Magistrate Judge is a well reasoned and correct application of law to the facts and allegations in Moore's Motion and it is, therefore, **ACCEPTED** by the Court in its entirety and incorporated by reference herein. Moore's objections are without merit and are **REJECTED**.

It is, therefore, the **ORDER** of this Court that, for the reasons set forth by the Magistrate Judge in his Report and Recommendation, the Government's Motion for Summary Judgment (Instrument no. 700) is **GRANTED** and the "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence" (Instrument no. 696) of Lionel Moore is **DENIED in its entirety.**

**DONE** at Galveston, Texas, this 21st day of March, 2006.

_____
Samuel B. Kent
United States District Judge