IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. G-99-10 (12) |
| | § | CIVIL ACTION NO. G-05-394 |
| LIONEL MOORE | § | |

### FINAL ORDER

Pursuant to this Court's Opinion and Order of even date herewith, the Government's Motion for Summary Judgment (Instrument no. 700) is **GRANTED** and that the "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence" (Instrument no. 696) of Lionel Moore is **DENIED in its entirety.**

**THIS IS A FINAL, APPEALABLE ORDER.**

**DONE** at Galveston, Texas, this 21th day of March, 2006.

_____
Samuel B. Kent
United States District Judge